THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HYMAN HIRSCH, Appellant.

(Argued June 6, 1930; decided July 8, 1930.)

*Charles A. White, Charles Tolleris, Winter Russell, Louis B. Stillman* and *David B. Stillman* for appellant.

*Thomas C. T. Crain, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.